NEWPORT TRIAL GROUP
A Professional Corporation
Scott J. Ferrell, Bar No. 202091
sferrell@trialnewport.com
James B. Hardin, Bar No. 205071
jhardin@trialnewport.com
Victoria C. Knowles, Bar No. 277231
vknowles@trialnewport.com
895 Dove Street, Suite 425
Newport Beach, CA  92660                                    JS-6
Tel: (949) 706-6464
Fax: (949) 706-6469

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA PLOTKINS, individually, and on behalf of all others similarly situated,<br><br>            Plaintiff,<br><br>            vs.<br><br>POUNDS LOST, LLC; and DOES 1-25, Inclusive,<br><br>            Defendants. | Case No.  2:12-cv-11039-JFW-SS<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed:   January 23, 2012 |

        The Court, having considered the Stipulation of Voluntary Dismissal concurrently filed by the Parties herein, finds that this action should be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).


Date: February 19, 2013


                                        Hon. John F. Walter
                                        United States District Judge